court and argument would not aid the decisional process.

*AFFIRMED.*

**Karen MOORE, Plaintiff–Appellant,**

v.

**GOOGLE, INC., Defendant–Appellee.**

No. 14–2076.

United States Court of Appeals, Fourth Circuit.

Submitted: March 19, 2015.

Decided: April 8, 2015.

Karen Moore, Appellant Pro Se. David Spence Cox, Barnwell Whaley Patterson & Helms, LLC, Charleston, South Carolina; Joseph Charles Gratz, Durie Tangri LLP, San Francisco, California, for Appellee.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

PER CURIAM:

Karen Moore appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Google, Inc.,* No. 2:13–cv03034–RMG, 2014 WL 4955264 (D.S.C. Sept. 30, 2014). We deny the pending motion for stay pending appeal and for appointment of counsel as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED.*

**Ronald I. PAUL, Plaintiff–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION; Paul D. De Holczer, individually and as a partner of the law firm of Moses, Koon & Brackett, PC; G.L. Buckles, as Personal Representative of the Estate of Keith J. Buckles and G.L. Buckles individually personal representative Keith J. Buckles; Michael H. Quinn, Individually and as senior lawyer of Quinn Law Firm, LLC; J. Charles Ormond, Jr., individually and**

---

as partner of the Law Firm of Holler, Dennis, Corbett, Ormond, Plante & Garner; Oscar K. Rucker, in his individual capacity as Director, Rights of Way South Carolina Department of Transportation; Macie M. Gresham, in her individual capacity as Eastern Region Right of Way Program Manager South Carolina Department of Transportation; Natalie J. Moore, in her individual capacity as Assistant Chief Counsel, South Carolina Department of Transportation; Liene A. Buckles, as Personal Representative of the Estate of G.L. Buckles individually and Liene A. Buckles individually; Reginald I. Lloyd, in his individual capacity as Circuit Court Judge, Richland County Court of Common Pleas 5th Circuit, Defendants–Appellees.

No. 14–2146.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2015.

Decided: April 8, 2015.

Ronald I. Paul, Appellant Pro Se.

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald I. Paul appeals the district court's orders adopting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2012) action without prejudice, and denying his motion to reconsider and amend. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *Paul v. S.C. Dep't of Transp.*, No. 3:13–cv01852–CMC, 2014 WL 5025815 (D.S.C. Oct. 8 & 22, 2014). We deny Paul's motion for summary reversal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*